FILED

OCT 29 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18MJ1467 JMB |
| ) | |
| DALIA AHMED, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION TO FILE UNDER SEAL

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Tracy L. Berry, Assistant United States Attorney for said District, and hereby moves this Court to file the complaint in the above-styled matter and supporting documents under Seal.

Respectfully Submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Tracy L. Berry*
Tracy L. Berry, #014753 TN
Assistant United States Attorney