IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, )<br>)<br>Plaintiff, )<br>) No. 4:18-MJ-01467-JMB<br>v. )<br>)<br>**DALIA AHMED,** )<br>)<br>Defendant. ) | |

### DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE

COMES NOW Defendant, Dalia Ahmed, by and through her undersigned attorney, and for her Motion to Modify the Conditions of her Pre-Trial Release, states as follows:

1. The Defendant was released on bond on October 31, 2018 with certain conditions.

2. One of the conditions requires that Defendant adhere to a 6:00 p.m. curfew each evening.

3. Defendant is currently in her last year of school at St. Louis Community College.

4. Defendant is currently enrolled in a course that is scheduled on Monday evenings from 6:00 p.m. to 10 p.m.

5. Accordingly, with the current curfew condition imposed, Defendant will be unable to attend class on Monday evenings.

WHEREFORE, Defendant prays that this Court grant Defendant's to Motion to Modify the Conditions of her Pre-trial Release, specifically that the curfew condition be modified to 6:00 a.m through 11:00 p.m. on Mondays and for any further relief deemed necessary and just.

Respectfully Submitted,

**THE LAW OFFICES OF SHELBY M. COWLEY**

By: /s/ *Shelby M. Cowley*
Shelby M. Cowley, No. 62819MO
Attorney for Defendant
10024 Office Center Avenue, Suite 202
St. Louis, MO 63128
Telephone: (314) 241-0999
Facsimile: (314) 297-0939
E-Mail: smc@laramorelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2018, the foregoing motion was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties/attorneys of record.

/s/ *Shelby M. Cowley*

2